```
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

K.C. and M.T., individually and on behalf of J.C.T.,

        Plaintiffs,

-against-

CHAPPAQUA CENTRAL SCHOOL DISTRICT,

        Defendant.

Civil Action No. 16-CV-3138 (KMK)

DISCOVERY SCHEDULING ORDER

---

Pursuant to the Court's June 1, 2017 Opinion & Order holding that "[b]ecause discovery is needed in order to ascertain the timeliness of both the IDEA claim and Section 504 and ADA claims relating to the 2011-2012 school year, within 30 days of the date of this Opinion & Order, the Parties are to submit a proposed discovery schedule", the Parties hereby submit the following proposed discovery schedule for the Court's consideration and Order:

1. All fact discovery consistent with the Court's June 1, 2017 Opinion & Order is to be completed no later than October 27, 2017.

2. The Parties will conduct discovery consistent with the Court's June 1, 2017 Opinion & Order in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the Parties on consent without application to the Court, provided the Parties meet the fact discovery completion date in paragraph 1 above:

    a. Interrogatories to be served by July 21, 2017.

    b. Initial requests for production of documents to be served by August 18, 2017.

    c. Depositions to be completed by October 6, 2017.

        i. Unless the Parties agree or the Court so orders, depositions are not to be held until both Parties have responded to initial requests for document production.

        ii. There is no priority in deposition by reason of a party's status as plaintiff or defendant.

        iii. Unless the Parties agree or the Court so orders, nonparty deposition shall follow initial party depositions.

    d. Requests to Admit to be served no later than October 16, 2017.

**SO ORDERED**

DATED: 6/21/17

**WHITE PLAINS, NEW YORK**

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE