# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

K.C., individually and on behalf of J.C.T.,
M.T., individually and on behalf of J.C.T., and
J.C.T., on behalf of himself,

          Plaintiffs,

-against-

CHAPPAQUA CENTRAL SCHOOL DISTRICT,
          Defendant.

-----------------------------------------------------------X

16 CIVIL 3138 (KMK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 18, 2019, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
December 19, 2019

**RUBY J. KRAJICK**

Clerk of Court

BY: _____
Deputy Clerk